UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-60637-CIV-MORENO

HEIDER DIAS,

    Plaintiff,
vs.

WESTLAKE SERVICES, LLC d/b/a WEST
LAKE FINANCIAL,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Heider Dias, by and through his undersigned counsel and pursuant to the Local Rules for the Southern District of Florida, hereby notifies this Court that this matter has been resolved. The parties have been in communication and were able to settle the case without the Court's involvement.

    DATED this 6th day of May, 2016.

Respectfully Submitted,

**/s/ JORDAN A. SHAW**
Jordan A. Shaw, Esq. (FBN 111771)
Zebersky Payne, LLP
*Attorney for Plaintiff, Andrew Carter*
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone:  (954) 989-6333
Facsimile:  (954) 989-7781
E-mail:  jshaw@zpllp.com
E-mail:  mperez@zpllp.com

[1524576/1]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6<u>th</u> day of May, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ JORDAN SHAW
Jordan Shaw, Esq.

[1524576/1]